MELINDA S. RIECHERT, SBN: 65504
MONA M. BADANI, SBN: 227389
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendants
TIBCO SOFTWARE INC.,
DARBY SIEMPELKAMP, SYDNEY CAREY,
TROY MITCHELL, JULIE MANRAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY-ANN RICHMOND,<br><br>Plaintiff,<br><br>vs.<br><br>TIBCO SOFTWARE INC., a California Corporation, D. SIEMPELKAMP, an individual and as vice President of Human Resources for TIBCO SOFTWARE INC., S. CAREY, an individual and as vice President of Finance for TIBCO SOFTWARE INC., T. MITCHELL an individual and as a manager for TIBCO SOFTWARE INC., J. MANRAO an individual and as senior General Accounts Manager for TIBCO SOFTWARE INC., and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. C 06-03593 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐ Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline: <u>Mediation to be scheduled within 6 months from the date of the enclosed Order so that the parties have a chance to engage in meaningful discovery.</u>

Dated: October 2, 2006

/s/
Mona Badani, Attorney for Defendants
TIBCO SOFTWARE INC.,
DARBY SIEMPELKAMP, SYDNEY CAREY, TROY MITCHELL, JULIE MANRAO

Dated: October 2, 2006

/s/
M. Jeffrey Kallis, Attorney for Plaintiff
TRUDY-ANN RICHMOND

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☐ Early Neutral Evaluation (ENE)

☒ Mediation

☐ Private ADR

Deadline for ADR session

☐ 90 days from the date of this order.

☒ other ___ 6 months _____

**IT IS SO ORDERED.**

Dated:_____10/6/06_____                *[signature: James Ware]*

UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO