IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trudy-Ann Richmond, | NO. C 06-03593 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| TIBCO Software Inc., et al., | |
| Defendants. | |

On April 9, 2007, Barbara Bryant, a Mediator in the Court's ADR Program filed a Certificate of ADR Session informing the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 19.) It has been nine (9) months since that notification, yet the parties have failed to file their Stipulated Dismissal. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **February 11, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **February 25, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **February 11, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: January 22, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

M. Jeffery Kallis M_J_Kallis@Kallislaw.org
Melinda S. Riechert mriechert@morganlewis.com
Mona M. Badani mbadani@morganlewis.com

**Dated: January 22, 2008**             **Richard W. Wieking, Clerk**

                                        **By:    /s/ JW Chambers
                                                Elizabeth Garcia
                                                Courtroom Deputy**