M. Jeffery Kallis SBN 190028
The Law Firm of Kallis & Associates, P.C.
333 W. San Carlos, Suite 800
San Jose CA 95112
408-971-4655
408-971-4644  fax
M_J_Kallis@Kallislaw.org
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

| | |
|---|---|
| **Trudy Ann Richmond**, an individual, | Case No.: 06-03593 JW |
| Plaintiffs, | **NOTICE OF SETTLEMENT OF THE ACTION and request for DISMISSAL W/** ~~Proposed~~ *signed* **Order Attached** |
| vs. | Filed: May 1, 2006 |
| **TIBCO Software Inc**. a California Corporation; **D. Siemplekamp**, an Individual and as Vice President of Human Resources for TIBCO Software Inc., **S. Carey** an Individual and as Vice President of Finance for TIBCO Software Inc.; **T. Mitchell** an Individual and as a Manager for TIBCO Software Inc.; **J. Manrao** as an individual and as Senior General Accounts Manager for TIBCO Software Inc. ; and, Does 1 through Does 100, inclusive, Defendants | JURY TRIAL REQUESTED: Location: Judge James Ware United Stated District Court 280 S. First Street San Jose CA 95113 |

Please take notice that on December 1, 2006, The parties to this action reached a full settlement of all claims,. The Plaintiff herein requests that the Court dismisses this action as allowed by FRCP 41.

January 24, 2008                           The Law Firm of *KALLIS* & Assoc.

_____/s/_____

Jeffery Kallis for the Plaintiff Trudy –Ann Richmond

Good Cause Showing, This Court grants the Plaintiff's request for dismissal with prejudice. The Court terminates all pending motions, hearings and deadlines. The Clerk shall close this file.

Singed:_____*James Ware*_____  Date: Jan. 28, 2008

The Honorable James Ware
Judge of the United States District Court
Northern District of California

Notice of Settlement and Request for Dismissal    Page - 2
Richmond v. TIBCO Inc. et. al.  U.S.D.C. Northern District CA  # 06-03593 JW